246 P.2d 697]

[Civ. No. 15288.  First Dist., Div. Two.  July 21, 1952.]

G. L. TILDEN AND COMPANY, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15289.  First Dist., Div. Two.  July 21, 1952.]

WALKUP DRAYAGE AND WAREHOUSE COMPANY, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15290.  First Dist., Div. Two.  July 21, 1952.]

MERCHANTS EXPRESS CORPORATION, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15291.  First Dist., Div. Two.  July 21, 1952.]

HAGSTROM'S FOOD STORES, INC., Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15292.  First Dist., Div. Two.  July 21, 1952.]

HASLETT WAREHOUSE COMPANY, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15293.  First Dist., Div. Two.  July 21, 1952.]

MANNINGS, INC., Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15294.  First Dist., Div. Two.  July 21, 1952.]

J. A. CLARK DRAYING COMPANY, LTD., Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

( 893 )

[Civ. No. 15295.  First Dist., Div. Two.  July 21, 1952.]

HIGHWAY TRANSPORT INCORPORATED, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15296.  First Dist., Div. Two.  July 21, 1952.]

ROBERTSON DRAYAGE COMPANY, INC., Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15297.  First Dist., Div. Two.  July 21, 1952.]

FOSTERS LUNCH SYSTEM, LTD., Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15298.  First Dist., Div. Two.  July 21, 1952.]

UNION ICE AND STORAGE COMPANY, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15299.  First Dist., Div. Two.  July 21, 1952.]

THE UNION ICE COMPANY, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

[Civ. No. 15300.  First Dist., Div. Two.  July 21, 1952.]

PENINSULA ICE COMPANY, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

Fabian D. Brown for Petitioners.

Edmund G. Brown, Attorney General, Irving H. Perluss and William L. Shaw, Deputy Attorneys General, for Respondent.

THE COURT.—The facts and issues in these proceedings are similar to those involved in *John Breuner Co.* v. *Superior Court,* Civ. No. 15287, *ante,* p. 304 [246 P.2d 694] this day decided. For the reasons therein stated the orders are affirmed.

Petitioners' application for a hearing by the Supreme Court was denied September 18, 1952. Schauer, J., was of the opinion that the petition should be granted.